594 A.2d 373

**Jeffrey PERKINS and Sandra Perkins, Appellees,**

**v.**

**TSG, INC. d/b/a Combeau Ind., Appellant.**

Superior Court of Pennsylvania.

Submitted Oct. 25, 1989.

Filed Jan. 12, 1990.

Reconsideration Denied July 26, 1991.

## ORDER

PER CURIAM

AND NOW, to-wit, this 26th day of July, 1991, upon consideration of the appellees' petition for reconsideration nunc pro tunc filed in the above-captioned matter, the same is hereby DENIED.